# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EA29 | 9328814 | Mary Nash | 3912 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 6/1/2023
**Offense Charged:** 327.14(a)
**Place of Offense:** 6F Tract 700-S; adjacent property Beloit Bay 1, Lot 81
**Offense Description:** Destruction, injury, or any alteration of public property.

### DEFENDANT INFORMATION
**Last Name:** Smith
**First Name:** John

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** 500 West Capitol Ave., Little Rock, AR 72201
**Date:** 9-27-23
**Time:** 9:30 a.m.

*9328814*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 1st, 2023 while exercising my duties as a law enforcement officer in the Eastern District of Arkansas

While on shoreline patrol at 6F Tract 700-S on Greer's Ferry Lake I observed many trees cut and damaged on public property. The cut trees created an obvious view for Lot 81 of Beloit Bay 1 Subdivision. Lot 81 is owned by the John and Kay Smith Family Revocable Trust and John Smith is an owner of record for the property. Therefore, I issued a citation for violation of 327.14(a) of Title 36 Rules & Regs for destruction of public property, to Mr. John Smith. Due to the severity of this trespass this citation is also a Mandatory Appearance. The appraised landscape value of the damaged trees is $47,912.74.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/1/2023   /s/ Mary Nash

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.